### IN THE UNITED STATES DISTRICT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BETTY WING, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Jorge L. Alonso |
| | ) | |
| v. | ) | Case No.: 1:18-cv-04981 |
| | ) | |
| DIVERSIFIED CONSULTANTS, INC., | ) | Magistrate Judge Young B. Kim |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT

Plaintiff hereby informs the Court that the parties have reached a settlement of this case and that they require time to memorialize and effectuate the terms of the settlement. Plaintiff will file a stipulation of dismissal once the settlement is completed. Plaintiff respectfully requests that this Court strike all pending dates.

Respectfully submitted,

*/s/ Tara L. Goodwin*
Tara L. Goodwin


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L. Goodwin
Isabella M. Janusz
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

**CERTIFICATE OF SERVICE**

      I, Tara L Goodwin, hereby certify that on December 7, 2018, I caused a true and accurate copy of the foregoing notice to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.

      Respectfully submitted,

      */s/ Tara L. Goodwin*
      Tara L. Goodwin

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L. Goodwin
Isabella M. Janusz
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com