**IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BETTY WING, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Jorge L. Alonso |
| | ) | |
| v. | ) | Case No.: 1:18-cv-04981 |
| | ) | |
| DIVERSIFIED CONSULTANTS, INC., | ) | Magistrate Judge Young B. Kim |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

Plaintiff Betty Wing and Defendant Diversified Consultants, Inc., by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims in this litigation with prejudice, with each party to bear their own fees and costs.

Respectfully submitted,

/s/Isabella M. Janusz
Isabella M. Janusz

Daniel A. Edelman
Tara L. Goodwin
Isabella M. Janusz
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
Phone: (312) 739-4200

*Attorneys for Plaintiff*

/s/Daniel W. Pisani (with consent)
Daniel W. Pisani

Daniel W. Pisani
Andrew E. Cunningham
Sessions, Fishman, Nathan & Israel, LLC
141 West Jackson Blvd., Suite 3550
Chicago, Illinois 60604
Phone: (312) 578-0990

*Attorneys for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

I, Isabella M. Janusz hereby certify that on January 17, 2019, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.


<u>*/s/ Isabella M. Janusz*</u>
Isabella M. Janusz


Daniel A. Edelman
Tara L. Goodwin
Isabella M. Janusz
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St., Ste. 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)